THE PEOPLE OF THE STATE OF NEW YORK ex rel. STERLING S. BEARDSLEY et al., Respondents, against BENJAMIN H. BARBER et al., as Assessors of the Town of Bolton, Warren County, Appellants.

(Proceedings for 1934 and 1935.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STERLING S. BEARDSLEY et al., Respondents, against BENJAMIN H. BARBER et al., as Assessors of the Town of Bolton, Warren County, Appellants.

(Proceedings for 1937, 1938, 1939, 1940 and 1941.)

*Walter A. Chambers* for appellants.

*John H. Barker, Alfred D. Clark* and *George R. Coughlan, Jr.,* for respondents.

Orders affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

In the Matter of the Will of GEORGE BLUMENTHAL, Deceased. MARY A. B. ROBERTSON et al., Appellants; MOUNT SINAI HOSPITAL OF THE CITY OF NEW YORK et al., Respondents.

Argued June 7, 1944; decided July 19, 1944.